UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Courtney Dupree,

                Plaintiff,

      –v–

United States, *et al.*,

                Defendants.

18-cv-7073 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On July 13, 2020, Plaintiff filed a letter motion seeking to enforce the settlement agreement and to compel the Defendant to pay the agreed-upon settlement funds. Dkt. No. 83. This Court ordered the Defendant to respond, Dkt. No. 84, and the Defendant responded on July 29, 2020, Dkt. No. 85. The parties notified the Court that payment was sent by wire on July 30, 2020, and that Plaintiff's counsel had confirmed receipt of those funds. Accordingly, Plaintiff's motion to enforce the settlement is denied as moot.

    This resolves Dkt. No. 83.

    SO ORDERED.

Dated: February 22, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge